IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC.,<br>PURDUE PHARMACEUTICALS L.P.,<br>and RHODES TECHNOLOGIES,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>COLLEGIUM PHARMACEUTICAL, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:15-cv-11294 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., and Rhodes Technologies ("Purdue") hereby voluntarily dismiss without prejudice the above-captioned action as to Collegium Pharmaceutical, Inc. ("Collegium"). In accordance with Rule 41(a)(1)(A)(i), Purdue files this notice of voluntary dismissal before Collegium has served any answer or motion for summary judgment.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:  July 23, 2015

By: /s/ *Samuel L. Brenner*
John D. Donovan, Jr. (BBO# 130950)
Samuel L. Brenner (BBO# 677812)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
*john.donovan@ropesgray.com*
*samuel.brenner@ropesgray.com*
Tel.: (617) 951-7000

Robert J. Goldman (*pro hac vice*)
Thomas A. Wang (*pro hac vice*)
ROPES & GRAY LLP
1900 University Avenue
East Palo Alto, CA 94303-2284
*robert.goldman@ropesgray.com*
*Thomas.Wang@ropesgray.com*
Tel.: (650) 617-4000

Pablo D. Hendler (*pro hac vice*)
Sona De (*pro hac vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
*Pablo.Hendler@ropesgray.com*
*Sona.De@ropesgray.com*
Tel.: (212) 596-9000

*Attorneys for Plaintiffs*
  *Purdue Pharma L.P.,*
  *The P.F. Laboratories, Inc.,*
  *Purdue Pharmaceuticals L.P., and*
  *Rhodes Technologies*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the Court's ECF notification system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 23rd Day of July, 2015.

Dated: July 23, 2015                              By: /s/ *Samuel L. Brenner*
                                                  Samuel L. Brenner